**Melvin Douglas BERROW,
Plaintiff—Appellant,**

v.

**Dwayne E. BISSETTE;  Christopher
Edwards, Defendants—
Appellees.**

No. 06–6254.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.

Decided May 23, 2006.

Melvin Douglas Berrow, Appellant Pro Se. Lisa Harper Graham, Assistant Attorney General, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Melvin Douglas Berrow appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *See Berrow v. Bissette*, No. 5:04–ct–00510–FL (E.D.N.C. Jan. 26, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*